**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ivone Angeli Weber** | Social Security number or ITIN   **xxx–xx–7669** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **13–14510–KHK**

## Discharge of Debtor                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ivone Angeli Weber
aka Ivone Pilas Weber, fka Ivone A Abusbitan

<u>January 10, 2019</u>                                              **For the court:**   William C. Redden
                                                                                          Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-14510-KHK
Ivone Angeli Weber                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: jonesar          Page 1 of 2           Date Rcvd: Jan 10, 2019
                              Form ID: 3180W         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db          +Ivone Angeli Weber,    5505 Seminary Rd, Apt 1919N,    Falls Church, VA 22041-2955
12258245    +1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
12136888    +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12018326    +Citi Retail Services,    2859 Paces Ferry Road,    Suite 900,    Atlanta, GA 30339-6206
12018329    +McCabe Weisberg & Conway,    4021 University Drive,    Suite 202,    Fairfax, VA 22030-3408
12047605     OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +Fax: 407-737-5634 Jan 11 2019 04:26:40     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
              Suite #100,    WEST PALM BEACH, FL 33409-6493
12018324     EDI: AFNIRECOVERY.COM Jan 11 2019 08:08:00      Afni, Inc.,    1310 Martin Luther King Dr,
              PO Box 3427,    Bloomington, IL 61702-3427
12018327     EDI: RMSC.COM Jan 11 2019 08:08:00     GE Capital Retail Bank,    PO Box 965004,
              Orlando, FL 32896-5004
12018328     E-mail/Text: EBN_Notifications@OWB.com Jan 11 2019 03:26:22      Indymac,    P.O. Box 4045,
              Kalamazoo, MI 49003-4045
12432125     EDI: JEFFERSONCAP.COM Jan 11 2019 08:08:00      JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
              ST CLOUD MN 56302
12018330     E-mail/Text: bnc@nordstrom.com Jan 11 2019 03:25:58      Nordstorm Bank,    P.O. Box 6555,
              Englewood, CO 80155-6555
12022522    +E-mail/Text: bnc@nordstrom.com Jan 11 2019 03:25:58      Nordstrom fsb,    P.O. Box 6566,
              Englewood, CO 80155-6566
12179142     EDI: PRA.COM Jan 11 2019 08:08:00     Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee fo
cr              Deutsche Bank National Trust Company
12018325        Bank of America
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:   JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                  ST CLOUD, MN  56302-9617)
12260395*      +1661 Worthington Road, Ste. 100,    West Palm Beach, FL 33409-6493
                                                                                 TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Brian A. Calub    on behalf of Creditor    Ocwen Loan Servicing, LLC bcalub@mcguirewoods.com,
               ehedges@mcguirewoods.com;cmorella@mcguirewoods.com
              Can Guner     on behalf of Creditor    Deutsche Bank National Trust Company cguner@rasflaw.com,
               cguner@rasflaw.com
              Jeremy Calvin Huang    on behalf of Plaintiff Ivone Pilas Weber jhuang@lawfirmvirginia.com,
               lwoodward@chadwickwashington.com
              Jeremy Calvin Huang    on behalf of Debtor Ivone Angeli Weber jhuang@chadwickwashington.com,
               lwoodward@chadwickwashington.com

```
District/off: 0422-9          User: jonesar            Page 2 of 2            Date Rcvd: Jan 10, 2019
                              Form ID: 3180W          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Johnie Rush Muncy    on behalf of Creditor    Deutsche Bank National Trust Company jmuncy@siwpc.com, bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

          Malcolm Brooks Savage, III    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR7 vabecf@logs.com

          Mary F. Balthasar Lake    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR7, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR7 vabecf@logs.com

          Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com

          William M. Savage    on behalf of Creditor    Deutsche Bank National Trust Company vabecf@logs.com

                                                                       TOTAL: 9

Case 13-14510-KHK    Doc 55    Filed 01/12/19    Entered 01/13/19 00:23:11    Desc Imaged
Certificate of Notice    Page 4 of 4